# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0060.  CAROL M. CEREZO v. MURPHY OIL USA, INC.**

Carol M. Cerezo filed this application for discretionary review, seeking to appeal the trial court's order granting summary judgment to Murphy Oil USA, Inc. in Cerezo's premises liability action.  An order granting summary judgment is subject to direct appeal.  See OCGA § 9-11-56 (h); *Culwell v. Lomas & Nettleton Co.*, 242 Ga. 242, 243 (248 SE2d 641) (1978).  Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely application for discretionary appeal if the order is subject to direct appeal.  Accordingly, Cerezo's application is hereby GRANTED.  She shall have 10 days from the date of this order to file a notice of appeal with the trial court, if she has not already done so.  The clerk of the trial court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 10/11/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                    , *Clerk.*